IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CINCINNATI INSURANCE COMPANY,** | ) | |
| | ) | ORDER |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:04CV473 |
| | ) | |
| **RX WEST, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant Pharmaceutical Technologies, Inc.'s Motion to Strike Index of Evidence (Filing No. 36). The movant seeks to strike its Indexes of Evidence, Filing Nos. 33 and 34, as such documents were inadvertently filed in error. The movant seeks to file the correct Index of Evidence. Upon consideration,

**IT IS ORDERED:**

1. The defendant Pharmaceutical Technologies, Inc.'s Motion to Strike Index of Evidence (Filing No. 36) is granted.

2. The Clerk of Court shall strike Filing Nos. 33 and 34.

3. The defendant Pharmaceutical Technologies, Inc. shall have to **on or before October 5, 2005**, to file its Index of Evidence.

DATED this 3rd day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge